# EXHIBIT A

Townstone Financial, Inc.
2014–2016 Applications by Property Address



**2010 Census Data**
**% African-American (Non-Hispanic)**

