UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 20-0027

Pursuant that to the Executive Committee Order entered on September 23, 2020 the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Franklin U. Valderrama; therefore

IT IS HEREBY ORDERED that the attached list of 370 cases be reassigned to the Honorable Franklin U. Valderrama; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Franklin U. Valderrama's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Franklin U. Valderrama to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such case; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Franklin U. Valderrama to the Court's criminal case assignment system ninety (90) days so that Judge Valderrama shall thereafter receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 28th day of September, 2020

**Civil Cases Reassigned from Judge Alonso to Judge Valderrama**

| | |
|---|---|
| 1:14-cv-09848 | Willie Lee Hampton, Jr. v. Willams et al |
| 1:17-cv-08971 | Fernandez et al v. Kerry, Inc. |
| 1:18-cv-02600 | Williams v. Albano et al |
|     1:18-cv-05563 | Williams v. Moffett et al |
|     1:18-cv-05890 | Williams v. Hoch |
| 1:18-cv-08212 | Treadwell v. Power Solutions International, Inc. et al |
| 1:19-cv-01271 | Hurtado v. Saul |
| 1:19-cv-03003 | Mladinov v. La Quinta Inns, Inc. et al |
| 1:19-cv-04719 | Guttke v. Houlihan's Restaurants, Inc. |
| 1:19-cv-05186 | ISMIE Mutual Insurance Company et al v. Bingham |
| 1:19-cv-05248 | Cates v. Manning et al |
| 1:19-cv-05830 | Superior Graphite Co. v. Campos et al |
| 1:19-cv-06497 | Roor International BV et al v. ZPS Enterprise, Inc.et al |
| 1:19-cv-07489 | Welch v. The United States of America |
| 1:20-cv-00522 | Koerner v. Santander Bank, N.A. et al |
| 1:20-cv-00618 | Russell v. Midland Credit Management, Inc. et al |
| 1:20-cv-04450 | Jordan v. Wolf |

**Civil Cases Reassigned from Judge Aspen to Judge Valderrama**

| | |
|---|---|
| 1:16-cv-05282 | Boswell v. Hardy et al |
| 1:16-cv-05746 | Jackson v. Stubenvoll |
|     1:16-cv-11581 | Jackson v. Holmes et al |
| 1:19-cv-05027 | Roor International BV, et al v. Lake View Smoke Shop, et al |
| 1:19-cv-08255 | Dubose v. Kelner et al |
| 1:20-cv-02406 | Central States, Southeast and Southwest Areas Pension Fund et al v. Brown's Bun Baking Co. |
| 1:20-cv-03094 | Conviser et al v. DePaul University |
| 1:20-cv-05392 | Younger v. Dart et al |

**Civil Cases Reassigned from Judge Blakey to Judge Valderrama**

| | |
|---|---|
| 1:16-cv-08510 | Villalobos v. Calumet City Police et al |
| 1:17-cv-09161 | Glen Flora Dental Center, Ltd. et al v. First Eagle Bank et al |
| 1:18-cv-05961 | Garcia v. Kink et al |
| 1:19-cv-01599 | The Scale Effect Company v. Baron Chocolatier, Inc. |
| 1:19-cv-03027 | Evans v. G4S Secure Solutions |
| 1:19-cv-04961 | Virgen v. University of Illinois-Chicago |
| 1:19-cv-06204 | Rehn v. National Railroad Passenger Corporation et al |
| 1:19-cv-07651 | Walters v. Takeda Pharmaceuticals USA, Inc et al |
| 1:19-cv-08331 | Muhammad v. Casino Queen, Inc. |
| 1:20-cv-02879 | Dunklin v. Bemesida et al |
| 1:20-cv-03362 | McGee v. Rush University Medical Center |
| 1:20-cv-04132 | Habeeb et al v. Wolf et al |
| 1:20-cv-04892 | Veeravalli v. Northwestern University |
| 1:20-cv-05225 | Pirrello Digital Imaging, Inc. v. Cummins |
| 1:20-cv-05355 | Bernard v. Schwab Rehabilitation Hospital et al |

**Civil Cases Reassigned from Judge Bucklo to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-00156 | Dorfman v. CVS Pharmacy, Inc. et al |
| 1:17-cv-08975 | Khouri v. Highland Park CVS, LLC et al |
| 1:18-cv-04311 | Thomas v. Pfister et al |
| 1:18-cv-08281 | Sanchez et al v. City of Chicago, a municipal corporation et al |
| 1:19-cv-03023 | Williams v. Rivera et al |
| 1:19-cv-04061 | Copperwood Captial LLC v. Strategic Data Initiatives |
| 1:19-cv-05794 | Tyson v. Meijer, Inc. |
| 1:19-cv-06933 | Pension Plan of Local Union 786 Retirement Fund et al v. Lee Lumber & Building Material Corp. et al |
| 1:20-cv-00206 | Serna v. Dart et al |
| 1:20-cv-02182 | Prassel v. United States of America |
| 1:20-cv-02642 | Cai v. Nokia of America Corporation |
| 1:20-cv-03551 | Donets v. Vivid Seats LLC |
| 1:20-cv-03970 | WEC 98C-5, LLC v. Saks Incorporated |
| 1:20-cv-04457 | Wragge et al v. The Boeing Company |
| 1:20-cv-05001 | Williams v. Stateville (N.R.C.) Department of Corrections et al |

**Civil Cases Reassigned from Judge Chang to Judge Valderrama**

| | |
|---|---|
| 1:15-cv-06852 | Hicks v. City of Chicago et al |
| 1:18-cv-01565 | Lee-Clark v. Pfister et al |
| 1:17-cv-03917 | Wilson v. Obaisi et al |
| 1:18-cv-04781 | Callo v. Louis DeJoy |
| 1:18-cv-06476 | Lumpkins v. Kane County Adult Justice Center |
| 1:19-cv-00425 | Green v. LaSalle Co. Sheriff Dept. et al |
| 1:20-cv-02859 | Green v. Clark et al |
| 1:19-cv-02321 | Richardson v. Kharbouch |
| 1:19-cv-05185 | Arroyo v. Yi et al |
| 1:19-cv-06148 | Ali v. Volkswagen Group of America, Inc. |
| 1:19-cv-08496 | Pryor et al v. Rush-Copley Medical Center, Inc. et al |
| 1:20-cv-00073 | Williams v. Board of Education, City of Chicago |
| 1:20-cv-01303 | Pugh et al v. Takeda Pharmaceutical Company Limited et al |
| 1:20-cv-03010 | Hernandez v. Illinois Institute of Technology |
| 1:20-cv-03301 | International Association of Heat and Frost Insulators Local 17 Pension Fund et al v. CEC Environmental, Inc. et al |

**Civil Cases Reassigned from Judge Coleman to Judge Valderrama**

| | |
|---|---|
| 1:16-cv-09574 | Cabrera et al v. United States of America et al |
| 1:18-cv-01253 | Schmelzer v. Animal Wellness Center of Monee, LLC et al |
| 1:18-cv-06633 | Gonzalez v. Home Depot U.S.A., Inc. |
| 1:19-cv-02345 | Everett v. Pfister et al |
| 1:19-cv-04888 | Johnson v. Illinois Dept. of Corrections et al |
| 1:19-cv-06089 | Pechulis et al v. Pipeline Health Systems LLC |
| 1:19-cv-06787 | IT Convergence, Inc. v. Kunder et al |
| 1:19-cv-07772 | Su v. Su et al |
| 1:20-cv-00056 | Hollomon v. Equifax Information Services LLC et al |
| 1:20-cv-01085 | Owens v. UPS |
| 1:20-cv-01897 | Moye v. City of Chicago et al |
| 1:20-cv-02816 | Herrera et al v. Aztecas Mufflers and Brake Shop, Inc. et al |

| | |
|---|---|
| 1:20-cv-03216 | Richter v. Hernandez, et al |
| 1:20-cv-03755 | Stillwell v. Saul |
| 1:20-cv-04840 | Flowers v. CR Bard Inc et al |

## Civil Cases Reassigned from Judge Dow to Judge Valderrama

| | |
|---|---|
| 1:15-cv-05354 | Hanson et al v. Levan et al |
| 1:17-cv-01106 | Foster v. City of Chicago et al |
| 1:18-cv-00030 | Hensley v. Mr. Venerable et al |
| 1:18-cv-02775 | Midland State Bank v. United States of America |
| 1:18-cv-05076 | Fox Valley & Vicinity Construction Workers Welfare Fund et al v. Pan American Concrete Company et al |
| 1:19-cv-00680 | Davis v. Heartland Employment Services, LLC |
| 1:19-cv-02356 | Lee et al v. Xilin Association et al |
| 1:19-cv-03331 | Patel v. Brennan et al |
| 1:19-cv-04336 | Patel v. Brennan |
| 1:19-cv-05122 | Allian et al v. Smith et al |
| 1:19-cv-06163 | Commodity Futures Trading Commission v. Nowak et al |
| 1:19-cv-08515 | Gonzalez v. American Honda Finance Corporation et al |
| 1:20-cv-01398 | Fallen Productions, Inc. v. Does 1-20 |
| 1:20-cv-02634 | Lamb v. Iball Entertainment, Inc. et al |
| 1:20-cv-03779 | Raisch v. Wilkie |
| 1:20-cv-04936 | Aljaraki v. Wolf et al |

## Civil Cases Reassigned from Judge Durkin to Judge Valderrama

| | |
|---|---|
| 1:13-cv-01698 | Palmer v. Hardy et al |
| 1:17-cv-00080 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund and Will County Local 174 Welfare Fund v. Carlson Constructors Corp, an Illinois Corporation |
| 1:17-cv-04242 | Chicago Regional Council of Carpenters Pension Fund et al v. Carlson Constructors Corp. et al |
| 1:17-cv-01300 | Kim v. The Korean News of Chicago Inc. et al |
| 1:18-cv-05128 | Scott v. City of Chicago et al |
| 1:18-cv-05919 | Armstrong v. Village of Bellwood et al |
| 1:19-cv-00740 | Perizes et al v. Dietitians at Home, Inc. |
| 1:19-cv-01392 | Sliwa v. Walmart Inc. |
| 1:19-cv-04334 | Tucker v. Ettleson Hyundai, LLC |
| 1:19-cv-04570 | Pacura v. Circuit Court of Cook County |
| 1:19-cv-06080 | Hill v. City of Chicago et al |
| 1:19-cv-06081 | Fountain v. City of Chicago et al |
| 1:19-cv-08187 | Generation Capital I, LLC v. Fliss |
| 1:20-cv-00504 | Raymi v. Saul |
| 1:20-cv-02663 | Weigel Broadcasting Co. et al v. Lowcountry 34 Media LLC |
| 1:20-cv-03660 | Dade v. Joint Commission on Accreditation of Healthcare Organizations |
| 1:20-cv-04646 | Olszewski v. Power Stop, LLC. |

**Civil Cases Reassigned from Judge Ellis to Judge Valderrama**

| | |
|---|---|
| 1:16-cv-11498 | Pitts et al v. Cook County Jail et al |
| 1:18-cv-00825 | Beijing Choice Electronic Technology Co., Ltd. v. Contec Medical Systems USA, Inc. et al |
| 1:18-cv-03854 | Wright v. Cook County |
| 1:19-cv-02300 | Metropolitan Life Insurance Company v. Shelton et al |
| 1:17-cv-07097 | Banner Life Insurance Company v. Shelton et al |
| 1:19-cv-03393 | BMO Harris Bank N.A. v. Meeks |
| 1:19-cv-05502 | Morrow-Estrada v. The Home Depot |
| 1:19-cv-05851 | Lisle v. Hinton et al |
| 1:19-cv-07197 | AGCS Marine Insurance Company v. UPS Ground Freight, Inc. |
| 1:19-cv-07824 | Wilson v. Cook County Jail et al |
| 1:19-cv-08385 | Avila v. Espinel et al |
| 1:20-cv-00471 | Cox v. Art Institute of Chicago, The |
| 1:20-cv-01141 | Hamlin v. City of Chicago et al |
| 1:20-cv-02360 | Love v. Ralphs Grocery Company et al |
| 1:20-cv-03838 | H-D U.S.A., LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-04787 | Admiral Insurance Company v. EBY-Brown Company, LLC |

**Civil Cases Reassigned from Judge Feinerman to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-00528 | Coleman v. Pfister et al |
| 1:18-cv-04998 | Pascal v. Top Tier Safety, Inc. et al |
| 1:18-cv-05407 | Bowens v. EOS-USA et al |
| 1:19-cv-00837 | Teamsters Local Union No. 727 Pension Fund et al v. Capital Parking, L.L.C et al |
| 1:19-cv-02871 | Green v. Sutton Ford, Inc. |
| 1:19-cv-04064 | Vasilleva v. City of Chicago et al |
| 1:19-cv-05364 | Yedor v. Kelly Services Inc. et al |
| 1:20-cv-00548 | Van Zeeland v. Rand McNally |
| 1:20-cv-01083 | Carter v. City of Chicago |
| 1:20-cv-02235 | Eleby v. MedSpeed |
| 1:20-cv-03037 | Harrison v. Saul |
| 1:20-cv-03612 | Ritter v. Gillium et al |
| 1:20-cv-04183 | Central Laborers Pension Fund et al v. Abari Construction, Inc. et al |
| 1:20-cv-04716 | Stokes v. City of Chicago et al |
| 1:20-cv-05150 | Johnson v. Kenworthy et al |

**Civil Cases Reassigned from Judge Gettleman to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-06753 | U.S. Equal Employment Opportunity Commision et al v. S&C Electric Company |
| 1:18-cv-02927 | Rose v. USA |
| 1:18-cv-05131 | Thomas v. City of Chicago et al |
| 1:19-cv-03116 | SMART Local 265 Welfare Fund et al v. United Building & Energy Services, LLC |
| 1:19-cv-03855 | Payton v. Light Bulb Depot 28, LLC |
| 1:19-cv-04587 | Simms v. Board of Trustees of Northern Illinois University et al |
| 1:19-cv-07567 | Chicago Freight Car Leasing Company v. APB, Inc. |
| 1:19-cv-08501 | Abat v. Arvest Central Mortgage Company et al |
| 1:20-cv-01121 | Williams et al v. State Farm Mutual Automobile Insurance Co. et al |
| 1:20-cv-02326 | Klancir et al v. Board of Education of Pleasantdale School District #107 et al |
| 1:20-cv-02571 | Manning v. Hinthorne et al |

| | |
|---|---|
| 1:20-cv-02888 | Pearson et al v. Pritzker et al |
| 1:20-cv-03940 | YL Chicago Fund, LLC |
| 1:20-cv-04143 | Bell v. Heisner et al |
| 1:20-cv-04474 | Sife Capital Pte. Ltd. v. Bloq, Inc. |

**Civil Cases Reassigned from Judge Gottschall to Judge Valderrama**

| | |
|---|---|
| 1:16-cv-00665 | Brownlee et al v. Catholic Charities of The Archdiocese of Chicago |
| 1:17-cv-04686 | Securities Exchange Commission v. Kameli et al |
| 1:19-cv-07541 | Jackson v. HC Joliet, LLC |
| 1:20-cv-01689 | King Solomon Enterprises Inc v. Anna's Healthcare Apparel and Textiles, Inc et al |
| 1:20-cv-04397 | Karras v. Stirlen |
| 1:20-cv-04365 | Briggs v. Credence Resource Management LLC |

**Civil Cases Reassigned from Judge Guzman to Judge Valderrama**

| | |
|---|---|
| 1:19-cv-05660 | Neals v. PAR Technology Corp. |
| 1:20-cv-00211 | Kalomiris v. DDG PhilHaven, LLC et al |
| 1:20-cv-01352 | Bridge, Structural & Reinforcing Iron Workers Local #1 Rentas et al |
| 1:20-cv-02977 | Ochoa v. Lopez et al |
| 1:20-cv-03967 | Tzonkov v. Bergstrom Law, Ltd. |
| 1:20-cv-04736 | Chapter 4 Corp. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-05409 | Zas v. Top Tier Safety Inc. et al |

**Civil Cases Reassigned from Judge Kendall to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-05531 | Plummer v. Zydek |
| 1:18-cv-06951 | Zarinebaf et al v. Champion Petfoods USA, Inc. et al |
| 1:19-cv-01925 | Harrison et al v. Glenwood Academy |
| 1:19-cv-04947 | Weiss et al v. Wells Fargo Bank, N.A. |
| 1:19-cv-06508 | Iglesias v. Guevara et al |
| 1:19-cv-07584 | Crawford v. Sheriff |
| 1:19-cv-08319 | Bebak et al v. Kia Motors America Inc et al |
| 1:20-cv-00888 | Reynolds v. The City of Chicago et al |
| 1:20-cv-01682 | DeJesus v. Wexford Health Sources, Inc. et al |
| 1:20-cv-02273 | Fairley et al v. McDonald's Corporation et al |
| 1:20-cv-03299 | B&D Investment Group, LLC - 8507-8527 S. 88th Avenue Series v. Mid-Century Insurance Company |
| 1:20-cv-03997 | Hutton v. Barnes, Jr. et al |
| 1:20-cv-04357 | Gustavson v. Oxford Hotels & Resorts, LLC et al |
| 1:20-cv-04870 | Wrenn v. Walmart Inc. et al |
| 1:20-cv-05313 | BMO Harris Bank N.A. v. Resistol Services LLC et al |

**Civil Cases Reassigned from Judge Kennelly to Judge Valderrama**

| | |
|---|---|
| 1:18-cv-01204 | Johnson v. Obaisi et al |
| 1:18-cv-01000 | McFadden v. Johnson et al |
| 1:19-cv-02036 | Fleming v. American General Life Insurance et al |
| 1:19-cv-02621 | Strickland v. Dart et al |

| | |
|---|---|
| 1:19-cv-05399 | Mixan v. Greenbaum et al |
| 1:19-cv-05476 | Jones v. Dart et al |
| 1:19-cv-08125 | Gravelle v. Johnson |
| 1:20-cv-00357 | Sheppard v. NuWave, LLC |
| 1:20-cv-01512 | Watson v. Takeda Pharmaceuticals U.S.A., Inc. et al |
| 1:20-cv-01515 | Jackson v. Takeda Pharmaceuticals U.S.A, Inc. et al |
| 1:20-cv-03174 | Human Resource Development Services Inc. et al v. Wolf et al |
| 1:20-cv-03178 | John Doe v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-04171 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-04176 | Bureau of Consumer Financial Protection v. Townstone Financial, Inc. |
| 1:20-cv-05242 | Indemnity Insurance Company of North America v. Plunk Brothers, Inc. et al |

## Civil Cases Reassigned from Judge Kness to Judge Valderrama

| | |
|---|---|
| 1:19-cv-05061 | Wilcosky v. Amazon.Com, Inc. et al |
| 1:20-cv-01501 | Willard et al v. Tropicana Manufacturing Company, Inc. |
| 1:20-cv-01877 | Trustees of the Chicago Painters and Decorators Pension Fund et al v. Espinoza Decorating, Inc. et al |
| 1:20-cv-02347 | Steward v. Majoc et al |
| 1:20-cv-02577 | Cruz-Perez v. Penn National Gaming, Inc et al |
| 1:20-cv-03171 | Jaglicic v. Snow et al |
| 1:20-cv-03372 | Dever v. Lightfoot |
| 1:20-cv-03402 | Geary v. Saul |
| 1:20-cv-03858 | Coleman v. WCADF JPD et al |
| 1:20-cv-04191 | John Doe v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto |
| 1:20-cv-04486 | Tommy Hilfiger Licensing LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-04526 | Navar v. City of Chicago et al |
| 1:20-cv-04864 | Marhaba Wholesale LLC v. Ohio Security Insurance Company |
| 1:20-cv-05173 | Cullom v. Saul |
| 1:20-cv-05306 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

## Civil Cases Reassigned from Judge Kocoras to Judge Valderrama

| | |
|---|---|
| 1:17-cv-05291 | Lietzow v. Village of Huntley et al |
| 1:18-cv-02413 | Jackson v. Humana |
| 1:18-cv-05408 | Umbrella Baby LLC v. ABCD Capital, LLC |
| 1:19-cv-02156 | Suzue et al v. Baumgart et al |
| 1:19-cv-03542 | Banaszak v. Artis Senior Living of Elmhurst, LLC et al |
| 1:19-cv-05778 | HB Productions, Inc. v. Does 1-22 |
| 1:19-cv-06786 | Trustees of the Chicago Painters and Decorators Pension Fund et al v. Sofy's Construction, LLC |
| 1:20-cv-00336 | Martinez v. Aramark Uniform & Career Apparel, LLC |
| 1:20-cv-00586 | C.B. et al v. Board of Education of City of Chicago, District 299 et al |
| 1:20-cv-01672 | McCary v. Chicago Transit Authority et al |
| 1:20-cv-02116 | Buford v. Arreguin et al |
| 1:20-cv-03150 | Sompo America Insurance Company v. K Express, Inc. et al |
| 1:20-cv-03746 | McCombs et al v. Reliance Standard Life Insurance Company |

| | |
|---|---|
| 1:20-cv-04684 | Griggs v. Equifax Information Services LLC et al |
| 1:20-cv-04954 | Crowder v. Warden of Stateville Illinois Department of Correction |

### Civil Cases Reassigned from Judge Lee to Judge Valderrama

| | |
|---|---|
| 1:17-cv-08326 | Desmond v. Taxi Affiliation Services LLC et al |
| 1:18-cv-00280 | Obartuch et al v. Meadows of Wickenburg, Inc., The |
| 1:18-cv-07323 | Hovde et al v. ISLA Development LLC et al |
|     1:19-cv-06258 | ISLA Development LLC et al v. Hovde et al |
| 1:18-cv-07647 | Hernandez et al v. City of Chicago et al |
| 1:19-cv-03745 | Amicorp Management Limited et al v. Insight Securities, Inc. et al |
| 1:19-cv-03919 | Kroll v. Cozen O'Connor PC |
| 1:19-cv-06303 | Chavez v. Waukegan Police |
| 1:19-cv-06660 | Hubbard v. Huston |
| 1:19-cv-08185 | Geiger et al v. Marshall International, LLC |
| 1:19-cv-08490 | Nichols v. Life Fitness, LLC et al |
| 1:20-cv-01654 | Leslie v. Steris Isomedix Operations, Inc. et al |
| 1:20-cv-01784 | Pope v. Rios et al |
| 1:20-cv-02962 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-04217 | John Doe v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto |
| 1:20-cv-05204 | WZ Franchise Corporation v. Tyson Foods Inc et al |

### Civil Cases Reassigned from Judge Lefkow to Judge Valderrama

| | |
|---|---|
| 1:13-cv-05582 | Carr v. Hammers |
| 1:18-cv-07427 | Hall v. Collins et al |
| 1:19-cv-03318 | Rinehart v. Synthes USA Products, LLC et al |
| 1:19-cv-06317 | Teamsters Local Union 786 v. Blevins et al |
|     1:19-cv-08075 | Blevins et al v. International Brotherhood of Teamsters, International Union et al |
| 1:20-cv-00236 | Sream, Inc et al v. Quick Mart Corporation et al |
| 1:20-cv-02401 | Dembele et al v Guadian et al |
| 1:20-cv-03186 | Lebron v. Meridian Financial Services, Inc. |

### Civil Cases Reassigned from Judge Leinenweber to Judge Valderrama

| | |
|---|---|
| 1:18-cv-03305 | Ruffolo et al v. LaSalle Group, Inc. et al |
| 1:17-cv-00686 | Davis et al v. Wells Fargo Home Mortgage, Inc. |
| 1:18-cv-06829 | Horton v. City of Rockford et al |
| 1:19-cv-01822 | Blazek v. ADT, LLC |
| 1:19-cv-06276 | United States of America v. Cosmano et al |
| 1:20-cv-01231 | In Re: Veronica Eason |
| 1:20-cv-03630 | Farrell v. Webbank Corporation et al |

### Civil Cases Reassigned from Judge Norgle to Judge Valderrama

| | |
|---|---|
| 1:17-cv-05898 | Jacobson Warehouse Company, Inc. v. G4S Secure Solutions (USA) Inc. |
| 1:18-cv-02695 | United States v. Gilbert et al |
| 1:18-cv-05360 | Hollerway v. Spiegel et al |

| | |
|---|---|
| 1:19-cv-00940 | Castleford Hearthstone Homeowners Association v. Owners Insurance Company |
| 1:19-cv-00799 | Anderson v. Miles et al |
| 1:19-cv-03030 | Kevin P. Miske et al v. Pacific Indemnity Company et al |
| 1:19-cv-04091 | McGee v. Follett Higher Ed. |
| 1:19-cv-05848 | The Northwestern Mutual Life Insurance Company v. Przewozniak et al |
| 1:19-cv-06483 | Roor International BV et al v. Tobacco Express & More et al |
| 1:19-cv-07904 | Allen Jr. v. Village of Oak Lawn et al |
| 1:20-cv-00691 | Mayer v. United States of America et al |
| 1:20-cv-01640 | Harris v. Equifax Information Services, LLC |
| 1:20-cv-03122 | Griffin v. Saul |
| 1:20-cv-04204 | Johnson et al v. Rockledge Furniture LLC |
| 1:20-cv-05113 | Central States Southeast and Southwest Areas Pension Fund et al v. Cramblett Trucking, Inc. et al |

**Civil Cases Reassigned from Judge Pacold to Judge Valderrama**

| | |
|---|---|
| 1:16-cv-06094 | The Chamberlain Group, Inc. v. Techtronic Industries Co. Ltd. et al |
| 1:16-cv-06097 | The Chamberlain Group, Inc. v. Techtronic Industries Co., Ltd. et al |
| 1:17-cv-01279 | Murillo v. United States of America |
| 1:18-cv-00509 | Nachampassack v. Illinois State Toll Highway Authority |
| 1:18-cv-03231 | Arteaga v. Hammers et al |
| 1:18-cv-07036 | Teamsters Local Union No. 727 Health & Welfare Fund et al v. Cremation Society of Illinois, Inc. et al |
| 1:19-cv-00522 | Brock v. Varga et al |
| 1:19-cv-01321 | Pittsfield Development LLC et al v. Lynd |
| 1:19-cv-04988 | Gilbert v. I.C. System, Inc. |
| 1:19-cv-07275 | Carr v. Hooks et al |
| 1:19-cv-08112 | Arkeyo LLC v. Saggezza, Inc. |
| 1:20-cv-00739 | Bure v. Village of Round Lake Beach et al |
| 1:20-cv-01252 | Berdell v. Velocity Investments, L.L.C. et al |
| 1:20-cv-02681 | JDL Inc. et al v. Valley Forge Insurance Company |
| 1:20-cv-04024 | Gonzalez v. Dennison et al |
| 1:20-cv-04790 | Valley Lo Club Association, Inc. v. The Cincinnati Insurance Company |

**Civil Cases Reassigned from Judge Pallmeyer to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-08517 | Romcoe v. Illinois Central Railroad Company et al |
| 1:18-cv-04078 | Johnson v. Nicholson |
| 1:18-cv-07025 | Certain Underwriters at LLoyd's, London Subscribing to Certificate No. B0621PALIN000217 v. Alin Machining Co., Inc. et al |
| 1:19-cv-01203 | Collins Engineers, Inc. v. Travelers Property Casualty Company of America |
| 1:19-cv-05599 | Sterling et al v. Evanston Township High School District 202 et al |
| 1:20-cv-01602 | Smith v. Huff et al |
| 1:20-cv-04186 | Carroll v. Dart et al |

**Civil Cases Reassigned from Judge Rowland to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-08959 | Barnes v. Wexford Health Source, Inc. et al |
| 1:18-cv-01640 | Fryman v. Atlas Financial Holdings, Inc. et al |
| 1:18-cv-05299 | Motts v. Saul |
| 1:18-cv-08090 | Johnson v. Tack et al |

| | |
|---|---|
| 1:19-cv-03781 | Totty v. Anderson Funeral Home, Ltd. |
| 1:19-cv-03265 | Manlangit et al v. FCI Lender Services Inc et al |
| 1:19-cv-04853 | Albright v. American Greetings Corporation et al |
| 1:19-cv-07132 | Luckett v. City of Chicago et al |
| 1:19-cv-07776 | Force Partners, LLC v. KSA Lighting & Controls, Inc. et al |
| 1:20-cv-00261 | Walker v. Dart et al |
| 1:20-cv-01195 | Moran v. Home Depot, U.S.A., Inc. |
| 1:20-cv-02032 | Metlife Insurance Company v. Electrolux Home Products, Inc. |
| 1:20-cv-02632 | Shah Venture Company v. Jones et al |
| 1:20-cv-03541 | Smith v. Grandvision USA, Inc. et al |
| 1:20-cv-04738 | Blue Cross and Blue Shield of Arizona, Inc. v. Walgreen Co. et al |

**Civil Cases Reassigned from Judge Seeger to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-01972 | Motorola Solutions, Inc. v. Hytera Communications Corporation Ltd. et al |
| 1:18-cv-00267 | Generations Health Care Network et al v. Norwood |
| 1:18-cv-05990 | Cooper v. Alight Solutions LLC. |
| 1:18-cv-08272 | Kenese v. Catholic Charities |
| 1:19-cv-01906 | Professional Solutions Insurance Company v. Jain, M.D. et al |
| 1:19-cv-03351 | Peak v. Laborers Union Local #1 et al |
| 1:19-cv-05452 | Adams v. Baidwirn et al |
| 1:19-cv-07321 | Trinity Sober Living, LLC v. Village of Hinsdale |
| 1:20-cv-00354 | Reneau v. Central Florida Restaurants, Inc. |
| 1:20-cv-01887 | Crowell et al v. Navient Solutions, LLC |
| 1:20-cv-02544 | McCants v. AT&T Mobility, LLC |
| 1:20-cv-03296 | Wincek et al v. Veal et al |
| 1:20-cv-03937 | Compound Solutions, Inc. v. Corefx Ingredients, LLC. et al |
| 1:20-cv-04643 | Hancock et al v. JKY Trucking, Inc. |
| 1:20-cv-05148 | Ellerson v. Cook County Department of Corrections et al |

**Civil Cases Reassigned from Judge Shah to Judge Valderrama**

| | |
|---|---|
| 1:17-cv-07994 | Flournoy v. Obaisi et al |
| 1:17-cv-08220 | Astellas US Holding, Inc. v. Starr Indemnity and Liability Company et al |
| 1:18-cv-05943 | Lauten v. Village of Lisle |
| 1:19-cv-04145 | Lara v. Siemens Industry, Inc. |
| 1:19-cv-04187 | Arnold v. Roundy's Illinois LLC |
| 1:19-cv-07077 | Yim v. United States of America |
| 1:20-cv-00170 | Townsell v. Cook County Jail Medical Dept |
| 1:20-cv-00353 | Sream, Inc. et al v. PS Tobacco Inc et al |
| 1:20-cv-00557 | Juarez v. McAleenan et al |
| 1:20-cv-02520 | Romero Pacheco v. Wolf et al |
| 1:20-cv-02708 | McCoy v. Gomez et al |
| 1:20-cv-03902 | Cheathom v. Saul |
| 1:20-cv-04010 | James v. TCA Health, Inc. et al |
| 1:20-cv-04994 | Steven A. Udesky OD and Associates P.C. v. Erie Insurance Property & Casualty Company |
| 1:20-cv-05008 | Chicago and Midwest Regional Joint Board, AFL-CIO v. Wilson Sporting Goods Co. |

**Civil Cases Reassigned from Judge Tharp to Judge Valderrama**

| | |
|---|---|
| 1:11-cv-04190 | Mckinley v. Miles |
| 1:17-cv-04179 | Worldpay, US, Inc. v. Haydon et al |
| 1:17-cv-06908 | Mack v. Chicago Transit Authority |
| 1:18-cv-05612 | Brady v. Pfister et al |
| 1:18-cv-06099 | Grafton v. FoBelk et al |
| 1:19-cv-01358 | Hunter v. Arriaga et al |
| 1:19-cv-02436 | Eternity Mart, Inc. v. Nature's Sources, LLC |
| 1:19-cv-04255 | Lark v. Interstate Steel Co. et al |
| 1:19-cv-04924 | Jackson v. Northwestern Memorial Hospital |
| 1:19-cv-06613 | DiMaio v. Hain et al |
| 1:19-cv-07641 | Abergel v. Quartz Master, LLC |
| 1:20-cv-00282 | Hancock et al v. Environmental Cleansing Corporation |
| 1:20-cv-01932 | Lopez v. Eagle Carpet Restoration, Inc. |
| 1:20-cv-03563 | Span v. Kordick et al |
| 1:20-cv-04606 | Gamberdella v. Brennan |

**Civil Cases Reassigned from Judge Wood to Judge Valderrama**

| | |
|---|---|
| 1:14-cv-02799 | Gutierrez v. Jones |
| 1:16-cv-08940 | Baker v. City of Chicago et al |
| 1:17-cv-01796 | Montoya v. Mitchell et al |
| 1:18-cv-01586 | Kashin v. Saul |
| 1:18-cv-03011 | Nordstrom Consulting, Inc. et al v. Innova Systems, Inc. et al |
| 1:18-cv-07605 | Carrell v. C.O. Crema |
| 1:18-cv-08284 | Norris v. Mau et al |
| 1:19-cv-03568 | Hancock et al v. JAT Transport Co. |
| 1:19-cv-04402 | Weakley v. Cargo Network Leasing Inc. et al |
| 1:19-cv-06453 | Demke v. Riha Services Inc. et al |
| 1:19-cv-08070 | Shaw v. First Communications, LLC. et al |
| 1:20-cv-00591 | Sagan v. Hanover Park et al |
| 1:20-cv-02225 | The Glens of Hanover Condo Association v. Nationwide Property and Casualty Insurance Company |
| 1:20-cv-03315 | City of Boston Credit Union v. Fair Isaac Corporation |
| 1:20-cv-04713 | National Union Fire Ins. Co. v. Specialized Solutions, Inc. et al |