# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bureau of Consumer Financial Protection
                              Plaintiff,

v.                                           Case No.: 1:20−cv−04176
                                             Honorable Franklin U. Valderrama

Townstone Financial, Inc.
                              Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 21, 2020:


MINUTE entry before the Honorable Franklin U. Valderrama: Defendant's unopposed motion for leave to exceed page limits related to their motion to dismiss plaintiff's complaint [18] is granted. Defendant has leave to file a memorandum up to 20 pages in support of their motion to dismiss. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.