IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bureau of Consumer Financial Protection,    )
    )    Case No. 1:20-cv-04176
    Plaintiff,    )
    )
v.    )    Judge Franklin U. Valderrama
    )
Townstone Financial, Inc.,    )
    )
    Defendant.    )

**UNCONTESTED MOTION FOR EXTENSION OF TIME
AND FOR LEAVE TO EXCEED PAGE LIMIT**

The Bureau of Consumer Financial Protection's (Bureau's) response to Defendant's motion

to dismiss (Doc. No. 21) is due by November 16, 2020, per this Court's minute order (Doc. No. 24).

The Bureau is considering whether to respond to the motion to dismiss or to amend its Complaint,

thereby mooting the motion to dismiss and obviating the need for a response. *See* Fed. R. Civ. P.

15(a). Some of the same Bureau personnel are working on each of these options.

The Bureau seeks a coextensive nine-day extension of time, to November 25, 2020, to file its

motion response or its amended complaint. This coextensive extension would provide ample time

for the Bureau to make its decision and, if the Bureau decides to amend the Complaint, would

obviate the need for the Court's consideration of the pending motion to dismiss.

The Bureau also requests that it be allowed to exceed the 15-page limit for its response to

the motion to dismiss, should the Bureau decide to respond to the motion. Defendant's motion is

20 pages long with arguments embedded in footnotes. Defendant also has a right to reply. The

Bureau requests a limit of 25 pages for its response to ensure sufficient space to address fully

Defendant's motion arguments and anticipated reply arguments.

1

In sum, the Bureau requests (1) a deadline of November 25, 2020 for its amended complaint under Federal Rule of Civil Procedure 15 or its response to the motion to dismiss (Doc. No. 21), and (2) a 25-page limit for its response to the motion to dismiss (Doc. No. 21).

Defendant does not contest this motion but requests that its reply in support of its motion to dismiss be due by December 16, 2020 and that its response to an amended complaint be due by January 15, 2021.

Respectfully submitted,

THOMAS G. WARD
Enforcement Director
CARA PETERSEN
Principal Deputy Enforcement Director
JEFFREY PAUL EHRLICH
Deputy Enforcement Director
KARA K. MILLER
Assistant Litigation Deputy

/s/ Barry Reiferson
BARRY REIFERSON NY Reg. #4343893
Email: barry.reiferson@cfpb.gov
VINCENT HERMAN DC Bar #974596
Email: vincent.herman@cfpb.gov
MICHAEL G. SALEMI, IL ARDC 6279741
Email: michael.salemi@cfpb.gov
MARY E. OLSON, IL ARDC 6297334
Email: mary.olson@cfpb.gov

230 S. Dearborn Street
Suite 1590
Chicago, IL 60604

and

1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-9599

Attorneys for the Bureau of Consumer Financial Protection
