April 18, 2022

**Via Electronic Filing**

Clerk of Court
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Re: Case No. 20-cv-04176, *CFPB v. Townstone Financial, Inc. and Barry Sturner*
Judge Franklin U. Valderrama / Magistrate Judge Gabriel A. Fuentes

To Whom it May Concern:

I filed a Motion for Leave to Appear Pro Hac Vice on April 18, 2022, as docket entry 58, to appear in this action on behalf of a federal agency, the Bureau of Consumer Financial Protection. As reflected in that docket entry, I paid the $150 filing fee to file that motion. I used a personal credit card to pay that fee.

The filing fee was paid in error, as no fee is required for attorneys appearing on behalf of federal entities. Accordingly, I request a refund of the $150 filing fee.

Sincerely,

/s/ Jacob A. Schunk
Jacob A. Schunk