UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Bureau of Consumer Financial Protection
                                Plaintiff,
v.                                              Case No.: 1:20-cv-04176
                                                Honorable Franklin U. Valderrama
Townstone Financial, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

    MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' Rule 26(f) report (doc. #[62]), the Court orders the following under the discovery referral: (1) service of Rule 26(a)(1) disclosures is presumed to have taken place on 4/22/22 as proposed, and if it has not, the disclosures should be served forthwith; (2) initial written discovery requests are to be served by no later than 5/6/22, with responses due per the rules or by agreement; and (3) fact discovery is to be completed by no later than 12/23/22 as proposed. On expert discovery, certain of the parties' proposed time frames between expert disclosures and depositions are too long. Plaintiff's expert disclosures are due to be served on 1/27/23 as proposed, but those depositions are to be concluded by 3/31/23. Defendant's expert disclosures are due to be served by no later than 3/3/23, with those experts deposed by no later than 5/5/23. All discovery is therefore closed on 5/5/23, and this schedule should be considered firm. This is a 2020 case in which both sides have had ample time to consider the subject matter and witness candidates with respect to expert testimony; considerable time was spent on settlement, and that is commendable, but now that settlement is not in the offing, the parties have opted for the litigation train, and it is moving, and it will pick up speed. If at any time the parties wish to discuss settlement with the magistrate judge, they should feel free to contact the courtroom deputy, Jenny Jauregui, at 312-818-6514. The parties may address deadlines for amended pleadings and dispositive motions with the district court. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.