IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bureau of Consumer Financial Protection, | ) ) ) | Case No. 1:20-cv-04176 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Judge Franklin U. Valderrama Magistrate Judge Gabriel A. Fuentes |
| Townstone Financial, Inc., et al., | ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

I, Barry E. Reiferson, respectfully move for leave of this Court to withdraw as counsel in this case for the plaintiff, Bureau of Consumer Financial Protection.

1. On July 22, 2020, I filed an Attorney Appearance Form in this case on behalf of the plaintiff. Doc. 11.

2. I will be ending my employment with the Bureau of Consumer Financial Protection on September 12, 2022.

3. Other attorneys with the Bureau of Consumer Financial Protection have appeared for, and will continue to represent, the agency in this case. Granting leave will neither prejudice the plaintiff nor cause undue delay.

1

I respectfully request that this Court grant this motion for leave to withdraw as counsel.

Dated: September 9, 2022

Respectfully submitted,

/s/ Barry E. Reiferson
Barry E. Reiferson
Email: barry.reiferson@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-5477
Attorney for the Bureau of Consumer Financial Protection