IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** <br> **Plaintiff,** <br><br> v. <br><br><br> **TOWNSTONE FINANCIAL, INC., et al.,** <br> **Defendants.** | Civil Action No. 1:20-cv-04176 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge Gabriel A. Fuentes |

### DEFENDANT TOWNSTONE FINANCIAL, INC. AND BARRY STURNER'S MOTION TO STAY DISCOVERY

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants move this Court to stay discovery pending its ruling on Defendants' Motion to Dismiss. Dkt. Nos. 31, 32. This Motion is supported by a Memorandum in Support, which is filed contemporaneously herewith and incorporated herein by reference. In sum, Defendants seek a stay because: (1) Defendants will suffer prejudice without a stay, but Plaintiff will suffer no harm; (2) the pending Motion to Dismiss is dispositive, and the Court's ruling on that Motion will either moot or significantly narrow the disputed discovery issues between the parties; and (3) a stay will serve judicial economy and conserve party resources.

WHEREFORE, for the foregoing reasons and the reasons set forth in their Memorandum, Defendants Townstone Financial, Inc. and Barry Sturner respectfully request this Court to stay discovery pending the resolution of the Motion to Dismiss.

Dated: September16, 2022

                                    Respectfully submitted,

*/s/ Steven M. Simpson*
STEVEN M. SIMPSON
DC Bar No. 462553
JESSICA L. THOMPSON
DC Bar No. 1542170
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA, 22201
Tel:  (916) 288-1398
SSimpson@pacificlegal.org
JLThompson@pacificlegal.org

OLIVER DUNFORD
FL Bar No. 1017991
Pacific Legal Foundation
4440 PGA Boulevard, Suite 307
Palm Beach Gardens, FL 33410
Tel: (916) 503-9060
ODunford@pacificlegal.org

Sean P. Burke
Mattingly Burke Cohen & Biederman LLP
155 E. Market St. Suite 400
Indianapolis, IN 46204

Marx David Sterbcow
The Sterbcow Law Group LLC
824 Elmwood Park Boulevard, Suite 205
New Orleans, LA 70123

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Steven M. Simpson*
STEVEN M. SIMPSON