## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bureau of Consumer Financial Protection
                                           Plaintiff,

v.                                         Case No.: 1:20−cv−04176
                                           Honorable Franklin U. Valderrama

Townstone Financial, Inc., et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2022:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court enters the following briefing schedule on Defendant's motion to stay discovery [77]: Plaintiff's response is due on or before 10/11/2022; Defendants' reply is due on or before 10/25/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.