# EXHIBIT A

In the Matter of:


    TOWNSTONE FINANCIAL, INC.


- - - - - - - - - - - - - - -

        The statement of BARRY STURNER, taken
before MAUREEN A. WOODMAN, a Certified
Shorthand Reporter and Notary Public in and for
the County of Cook and State of Illinois, at
the John C. Kluczynski Building, 230 South
Dearborn Street, Chicago, Illinois, on July
16th, 2018, at the hour of 9:10 o'clock a.m.

1  printout from the Townstone website.  Do you

2  recognize this?

3      A.   This is recent?  No, this is from when

4  David Hochberg was running it.  Can you find

5  this on there still?  This is not any recent

6  information.  This is when David Hochberg was

7  running the show.  These are his show experts.

8  None of these people are currently, since David

9  left, with Townstone Financial, nor do they do

10  any business with us.  Other than maybe Scott

11  Mazel at the end there, who happens to be a

12  personal friend of mine.

13      Q.   What were these folks doing with

14  Mr. Hochberg?

15      A.   Individually you want me to go over

16  each one or just in general, just looking at it

17  in general?

18      Q.   General would be helpful to start.

19      A.   Absolutely.  When we were having the

20  radio show, in order to pay for the radio show,

21  one of the goals always was to get some real

22  estate agents, I believe he's got a bankruptcy

23  expert here, commercial mortgage person.  It's

24  a two-prong thing.  Number one, if you are

25  listening a radio show, it is a free radio show

1  aggressive getting loan officers in years and

2  years and years.

3      Q.   And who is the last new loan officer

4  that Townstone hired?

5      A.   Mark Christiansen.

6      Q.   And was that someone who reached out

7  to you, or was that someone that you decided to

8  hire?

9      A.   He happened to be a former employee of

10  Mr. Ira Schwartz back in 2000, I think was the

11  last time he was a loan officer.

12      Q.   And do many of your loan officers come

13  to you through other loan officers and

14  established relationships within Townstone?

15      A.   I haven't had hardly any new loan

16  officers in an extended period of time.

17              Most of the loan officers that we

18  would get in previous years would come from a

19  referral from somebody that we knew.

20      Q.   So when someone is referred to by

21  someone existing to become a loan officer or

22  someone reached out unsolicited, what then is

23  the process for hiring like?

24      A.   Generally speaking, I come in and talk

25  to them.  We'll go eat some lunch.  Talk about

Page 57

1   their business and see if it's a fit for both

2   people.

3       Q.   And is there -- is there any general

4   advertising Townstone has ever done for a loan

5   officer position where you put out calls for

6   loan officers?

7       A.   Haven't done that in a number of

8   years.

9       Q.   Do you recall the last time you did

10  that was?

11      A.   No, sir.

12      Q.   Do you recall how you put out the

13  word?  If you took out an advertisement

14  someplace, if you just sort of made known by

15  word of mouth?

16      A.   Generally speaking, it would be by

17  word of mouth.  I don't recall putting any ads

18  back when we put ads in newspapers or online

19  for a loan officer in an extended period of

20  time.

21      Q.   And who are the people with whom you

22  would get word out, if you wanted to hire a new

23  loan officer at the time, you hired a new loan

24  officer in the past?

25      A.   Mostly, generally speaking, the reps

1   that we deal with from the investors that we

2   deal with, the mortgage insurance companies.

3   Those people are out and about, conferences

4   things of that nature that they all go to.

5   They know who's -- they have their fingers on

6   the pulse of who is leaving, who is unhappy,

7   who may be a good fit for you.  They know our

8   business.  They know the loan officers.  So

9   that's always helpful.

10       Q.   So if I can sort of summarize the

11  process to be sure I understand it.  Either

12  someone will reach out to you unsolicited as a

13  loan officer, or you will have referral that

14  connects you to someone that's a loan officer,

15  you will then potentially bring that person

16  into the office and talk with them and see if

17  there's a fit.  Do I have that process right?

18       A.   Correct.

19       Q.   And is that sort of interview that you

20  do with them, is that like a formal and

21  structured process or sort of an informal

22  conversation to see whether there is a fit

23  there?

24       A.   Very informal, very unstructured.

25       Q.   And what kinds of questions do you ask

1    Jose, you speak Spanish.  Your sister is

2    Hispanic, your mom, dad, whole family, let's

3    get some more.

4              No different than me saying to

5    Zach Schwartz, your family over here, you got

6    your whole family, why aren't they giving us

7    loans.

8              Friends and family is what we

9    talk about all the time.  It should be the

10   basis of your business.  Once you get your

11   friends and family, it should extend outward.

12             So we talk about that all the

13   time.  But not on the basis of where you're

14   talking about, trying to almost hit a business

15   model, as Mr. Herman was asking.  Just not

16   sophisticated enough, I guess, to think in

17   those terms.

18      Q.   You mentioned earlier Townstone hasn't

19   had specifically African American loan

20   officers; do I have that right?

21      A.   I was trying to think when I just went

22   to the restroom, and that would be really

23   shocking to me.  Since -- in 2002 when we

24   started, you could hire them off the street.

25   So -- and there were quite a few hired off the

Page 266

1     Q.    Ten to fifteen minutes?

2     A.    Yeah.  We started doing the podcast,

3  and it was 40, 50, 60 minutes, and we found out

4  that when people are listening to podcasts,

5  they told us, friends, family, that ten was

6  enough of us.

7     Q.    And would you say you get more

8  referrals from the radio show or the podcast?

9  Is it possible to tell?

10     A.    Don't track it that way.

11     Q.    How do you create content for the

12  radio show and the podcast?

13     A.    I read a lot.  We talk about kind of

14  reality TV.  We talk about what happened during

15  the week.  We talk about borrowers' issues that

16  they have, things that we solve.  Try to get

17  people who have similar problems getting loans

18  refinanced so that they can relate to someone

19  else's problem.  Debt problem.  Trying to

20  purchase a house or things like that.

21            We kind of just talk about what's

22  really happened in the office there.  And then

23  we have experts come on and they bring

24  different things to the show.

25     Q.    Do you get together before the show

1    incident?

2         A.    That's what we were speaking of,

3    absolutely.

4         MR. HERMAN:  Can we play back a larger

5    clip?

6         MR. MORROW:  Yes.

7                   (PLAYING AUDIO.)

8         THE WITNESS:  I'm good.

9                   (PLAYING AUDIO.)

10   BY MR. HERMAN:

11        Q.    So the comment sounded broader than

12   simply referring to that incident.

13        A.    I'm speaking about the police officers

14   that I play hockey with.  That's what I'm

15   talking about right there.

16        Q.    You said Friday through Sunday it's

17   hoodlum weekend.

18        A.    Listen to what I'm saying.  I'm

19   talking about what they're saying.  They're

20   calling it hoodlum weekend.  I'm talking about

21   the police officers that I am friends with and

22   that's what they were saying.

23        Q.    Okay.  And what does that mean?

24        A.    Ask them.  I was repeating what they

25   said to me.