IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,**<br>      **Plaintiff,**<br><br>  v.<br><br><br>**TOWNSTONE FINANCIAL, INC., et al.,**<br>      **Defendants.** | Civil Action No. 1:20-cv-04176<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Gabriel A. Fuentes |

## MOTION TO COMPEL

Defendants Townstone Financial Inc. and Barry Sturner respectfully move that this Court, under Fed. R. Civ. P. 34 and 37, compel Plaintiff Consumer Financial Protection Bureau to provide full discovery responses to their Document Requests. Townstone seeks documents in CFPB's possession concerning Townstone's political and social viewpoints, as well as those of Chicago AM radio stations. *See* Defendants' Request for Document Production Nos. 34–38; 41–42. These are relevant and proportional to the needs of the case, are nonprivileged, and they would not impose an undue burden on the CFPB.

The parties have discussed their respective discovery disputes on multiple occasions, including the specific Document Requests sought in this motion on August 17 at 9:00 a.m., October 21 at 3:30 p.m., and November 2, 2022 at 12:00 p.m., when the parties met and conferred via video conference to discuss outstanding discovery issues. Attending on behalf of Plaintiff were Jacob Schunk and Gregory Jones. On behalf of Defendants were Steven Simpson, Oliver Dunford, Jessica Thompson, and John Kerkhoff. Defendants also discussed their

1

discovery position via letters on August 23, 2022, October 3, 2022, and November 3, 2022. After a good-faith effort, the parties agreed that they had reached an impasse as to RFPs 34–38 and 41–42, necessitating this Motion. Plaintiff opposes the Motion. As part of the meet and confers, the parties agreed to simultaneously file motions to compel and to submit, to Judge Fuentes' chambers, a proposed scheduling order for response and reply briefs.

Dated: November 14, 2022.

                                              Respectfully submitted,

                                              */s/ Steven M. Simpson*
STEVEN M. SIMPSON
DC Bar No. 462553
JESSICA L. THOMPSON
DC Bar No. 1542170
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA, 22201
Tel: (202) 888-6881
SSimpson@pacificlegal.org
JLThompson@pacificlegal.org

OLIVER DUNFORD
FL Bar No. 017991
Pacific Legal Foundation
4440 PGA Boulevard, Suite 307
Palm Beach Gardens, FL 33410
Tel: (916) 503-9060
ODunford@pacificlegal.org

Sean P. Burke
Mattingly Burke Cohen & Biederman LLP
155 E. Market St. Suite 400
Indianapolis, IN 46204

Marx David Sterbcow
The Sterbcow Law Group LLC
824 Elmwood Park Boulevard, Suite 205
New Orleans, LA 70123

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Steven M. Simpson*
STEVEN M. SIMPSON
