UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Bureau of Consumer Financial Protection
                                Plaintiff,
v.                                                              Case No.: 1:20−cv−04176
                                                                Honorable Franklin U. Valderrama
Townstone Financial, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 23, 2022:

　　　MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint motion to extend the discovery schedule (doc. #[97]) is taken under advisement along with the pending motion to stay discovery. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.