**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

BUREAU OF CONSUMER FINANCIAL
PROTECTION,

                              Plaintiff,

        v.

TOWNSTONE FINANCIAL, INC.                    Case No. 1:20-cv-04176
and BARRY STURNER,

                              Defendants.

**NOTICE OF APPEAL**

        Plaintiff Bureau of Consumer Financial Protection hereby gives notice that it appeals to

the United States Court of Appeals for the Seventh Circuit from the final judgment entered in

this action on February 3, 2023 (Docket No. 111).

Date:  April 3, 2023                    Respectfully submitted,

                                        /s/ Jacob A. Schunk
                                        JACOB A. SCHUNK (IA AT001908)
                                        Email: jacob.schunk@cfpb.gov
                                        Telephone: (202) 718-0394
                                        GREGORY W. JONES (IL ARDC #6313157)
                                        Email: gregory.jones@cfpb.gov
                                        MARY OLSON (IL ARDC #6297334)
                                        Email: mary.olson@cfpb.gov

                                        230 S. Dearborn St., Suite 1590
                                        Chicago, IL 60604

                                        and

                                        1700 G Street, NW
                                        Washington, DC 20552

                                        Attorneys for the Bureau of Consumer Financial
                                        Protection

1