### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>                                 Plaintiff,<br>     v.<br><br>TOWNSTONE FINANCIAL, INC.<br>and BARRY STURNER,<br>                                 Defendants. | Case No. 1:20-cv-04176 |

### SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3(c), Plaintiff Bureau of Consumer Financial Protection (Bureau) submits this docketing statement along with its Notice of Appeal.

**I.    Jurisdiction of the District Court**

The district court had jurisdiction over this action because it was brought under federal law (the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691–1691f, and an implementing regulation, 12 C.F.R. Part 1002; the Consumer Financial Protection Act of 2010, 12 U.S.C. § 5536(a)(1)(A); and the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3301–3308), presented federal questions, 28 U.S.C. § 1331, and was brought by an agency of the United States, 28 U.S.C. § 1345.

**II.    Jurisdiction of the Court of Appeals**

The U.S. Court of Appeals for the Seventh Circuit has jurisdiction over this appeal under 28 U.S.C. § 1291. The Bureau seeks review of a final judgment entered by the district court on February 3, 2023 (Docket No. 111). That judgment dismissed the Bureau's complaint, thereby denying all relief sought by the Bureau. The Bureau files its notice of appeal concurrently with this Docketing Statement, on April 3, 2023.

### III. Prior or Related Appellate Proceedings

There are no prior or related appellate proceedings.

### IV. Additional Requirements of Circuit Rule 3(c)(1)

This case does not involve a criminal conviction or a collateral attack on a criminal conviction, nor is there any prior relevant litigation in the district court that satisfies the criteria of 28 U.S.C. § 1915(g).

Date: April 3, 2023

Respectfully submitted,

/s/ Jacob A. Schunk
JACOB A. SCHUNK (IA AT001908)
Email: jacob.schunk@cfpb.gov
Telephone: (202) 718-0394
GREGORY W. JONES (IL ARDC #6313157)
Email: gregory.jones@cfpb.gov
MARY OLSON (IL ARDC #6297334)
Email: mary.olson@cfpb.gov

230 S. Dearborn St., Suite 1590
Chicago, IL 60604

and

1700 G Street, NW
Washington, DC 20552

Attorneys for the Bureau of Consumer Financial Protection