IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-04176 |
| v. | ) ) ) | Judge Franklin U. Valderrama Magistrate Judge Heather K. McShain |
| TOWNSTONE FINANCIAL, INC. AND BARRY STURNER, | ) ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION FOR STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Consumer Financial Protection Bureau (Bureau or CFPB) and Defendants Townstone Financial and Barry Sturner (collectively, Defendants), by and through their counsel, respectfully move for a stay of all proceedings in the above-captioned case for 90 days from the date of this filing, pending settlement negotiations between the parties.

Presently, fact discovery is ongoing with a deadline of January 31, 2025. Additionally, Defendants' motion to stay expert discovery is due on October 25, 2024, with a response due November 8, 2024. However, the parties have entered settlement negotiations in earnest and believe that settlement is likely. Accordingly, in the interests of judicial economy, the parties respectfully request this Court stay all proceedings while settlement negotiations are pending.

Dated: October 22, 2024.

Respectfully submitted,

| CONSUMER FINANCIAL PROTECTION BUREAU | TOWNSTONE FINANCIAL, INC., AND BARRY STURNER |
|---|---|
| */s/ Jacob A. Schunk* | */s/ Steven M. Simpson* |
| JACOB A. SCHUNK (IA AT001908) | STEVEN M. SIMPSON |
| jacob.schunk@cfpb.gov | DC Bar No. 462553 |
| Tele: (202) 718-0394 | ASHLEY TORKELSON LEVINE |
| GREGORY W. JONES | AZ Bar No. 032544 |
| (IL ARDC #6313157) | Pacific Legal Foundation |
| gregory.jones@cfpb.gov | 3100 Clarendon Boulevard, Suite 610 |
| MARY OLSON (IL ARDC # 629733) | Arlington, VA, 22201 |
| mary.olson@cfpb.gov | Tel: (202) 888-6881 |
| | SSimpson@pacificlegal.org |
| 230 S. Dearborn St. | ALevine@pacificlegal.org |
| Suite 1590 | |
| Chicago, IL 60604 | OLIVER DUNFORD |
| | FL Bar No. 017991 |
| and | Pacific Legal Foundation |
| | 4440 PGA Boulevard, Suite 307 |
| 1700 G Street NW | Palm Beach Gardens, FL 33410 |
| Washington, DC 20552 | Tel: (916) 503-9060 |
| | ODunford@pacificlegal.org |
| *Attorneys for Plaintiff* | |
| | SEAN P. BURKE |
| | Mattingly Burke Cohen & Biederman LLP |
| | 155 E. Market St. Suite 400 |
| | Indianapolis, IN 46204 |
| | |
| | MARX DAVID STERBCOW |
| | The Sterbcow Law Group LLC |
| | 824 Elmwood Park Boulevard, Suite 205 |
| | New Orleans, LA 70123 |
| | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2024, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Steven M. Simpson*
STEVEN M. SIMPSON