IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> v. <br><br> Townstone Financial, Inc., and Barry Sturner, <br><br> Defendants. | Case No. 1:20-cv-04176 <br><br><br> Judge Franklin V. Valderrama <br> Magistrate Judge Heather K. McShain |

## STIPULATION

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this case stipulate to dismissal with prejudice of all claims against the only individually named defendant, Barry Sturner, with each party to pay its own costs, fees, and expenses.

Dated: November 1, 2024.

Respectfully submitted,

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU** <br> /s/ Jacob A. Schunk <br> JACOB A. SCHUNK (IA AT001908) <br> jacob.schunk@cfpb.gov <br> Tele: (202) 718-0394 <br> GREGORY W. JONES <br> (IL ARDC #6313157) <br> gregory.jones@cfpb.gov <br> MARY OLSON (IL ARDC # 629733) <br> mary.olson@cfpb.gov <br><br> 230 S. Dearborn St. <br> Suite 1590 <br> Chicago, IL 60604 <br> and | **TOWNSTONE FINANCIAL, INC., AND BARRY STURNER** <br> */s/ Steven M. Simpson* <br> STEVEN M. SIMPSON <br> DC Bar No. 462553 <br> ASHLEY TORKELSON LEVINE <br> AZ Bar No. 032544 <br> Pacific Legal Foundation <br> 3100 Clarendon Boulevard, Suite 610 <br> Arlington, VA, 22201 <br> Tel: (202) 888-6881 <br> SSimpson@pacificlegal.org <br> ALevine@pacificlegal.org <br><br> OLIVER DUNFORD <br> FL Bar No. 017991 <br> Pacific Legal Foundation |

| | |
|---|---|
| 1700 G Street NW<br>Washington, DC 20552<br><br>*Attorneys for Plaintiff* | 4440 PGA Boulevard, Suite 307<br>Palm Beach Gardens, FL 33410<br>Tel: (916) 503-9060<br>ODunford@pacificlegal.org<br><br>SEAN P. BURKE<br>Mattingly Burke Cohen & Biederman LLP<br>155 E. Market St. Suite 400<br>Indianapolis, IN 46204<br><br>MARX DAVID STERBCOW<br>The Sterbcow Law Group LLC<br>824 Elmwood Park Boulevard, Suite 205<br>New Orleans, LA 70123<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 1, 2024, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Jacob A. Schunk*
JACOB A. SCHUNK