# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, | Case No. 1:20-cv-04176 |
| Plaintiff, | |
| v. | Judge Franklin V. Valderrama<br>Magistrate Judge Heather K. McShain |
| Townstone Financial, Inc., | |
| Defendant. | |

## JOINT MOTION REQUESTING ENTRY
## OF STIPULATED FINAL JUDGMENT AND ORDER

Plaintiff Bureau of Consumer Financial Protection and Defendant Townstone Financial, Inc., have agreed to entry of the attached proposed Stipulated Final Judgment and Order (Exhibit A). The Parties have separately stipulated to the dismissal of Defendant Barry Sturner. If entered by the Court, the proposed Stipulated Final Judgment and Order would settle and resolve all remaining matters in dispute arising from the conduct alleged in the Amended Complaint without further proceedings.

The parties respectfully request that the Court approve and enter the Stipulated Final Judgment and Order attached as Exhibit A.

Dated: November 1, 2024

Respectfully submitted,

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU** | **TOWNSTONE FINANCIAL, INC.** |
| /s/ Jacob A. Schunk | */s/ Steven M. Simpson* |
| JACOB A. SCHUNK (IA AT001908) | STEVEN M. SIMPSON |
| jacob.schunk@cfpb.gov | DC Bar No. 462553 |
| Tele: (202) 718-0394 | ASHLEY TORKELSON LEVINE |
| GREGORY W. JONES | AZ Bar No. 032544 |
| (IL ARDC #6313157) | Pacific Legal Foundation |
| gregory.jones@cfpb.gov | 3100 Clarendon Boulevard, Suite 610 |
| MARY OLSON (IL ARDC # 629733) | Arlington, VA, 22201 |
| mary.olson@cfpb.gov | Tel: (202) 888-6881 |
| | SSimpson@pacificlegal.org |
| | ALevine@pacificlegal.org |
| 230 S. Dearborn St. | |
| Suite 1590 | OLIVER DUNFORD |
| Chicago, IL 60604 | FL Bar No. 017991 |
| | Pacific Legal Foundation |
| and | 4440 PGA Boulevard, Suite 307 |
| | Palm Beach Gardens, FL 33410 |
| 1700 G Street NW | Tel: (916) 503-9060 |
| Washington, DC 20552 | ODunford@pacificlegal.org |
| | |
| *Attorneys for Plaintiff* | SEAN P. BURKE |
| | Mattingly Burke Cohen & Biederman LLP   155 E. Market St. Suite 400 |
| | Indianapolis, IN 46204 |
| | |
| | MARX DAVID STERBCOW |
| | The Sterbcow Law Group LLC |
| | 824 Elmwood Park Boulevard, Suite 205 |
| | New Orleans, LA 70123 |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 1, 2024, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Jacob A. Schunk*
JACOB A. SCHUNK