UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Bureau of Consumer Financial Protection
                Plaintiff,

v.                                               Case No.: 1:20−cv−04176
                                                      Honorable Franklin U. Valderrama

Townstone Financial, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the joint motion of Plaintiff Bureau of Consumer Financial Protection and Defendant Townstone Financial, Inc., to enter stipulated final judgment and Order [135]. The parties have agreed to entry of a Stipulated Final Judgment and Order, which settles and resolves all remaining matters in dispute arising from the conduct alleged in the Amended Complaint without further proceedings. Enter Order and Judgment against Defendant Townstone Financial, Inc. This civil case is terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.