Addendum: Full Court Membership List

Supreme Court of the United States. Admitted July 14, 2023

Fifth Circuit. Admitted July 1, 2021

Sixth Circuit. Admitted October 6, 2021

Ninth Circuit. Admitted May 28, 2021

Eleventh Circuit. Admitted April 23, 2024

Middle District of Florida. Admitted December 17, 2020

Southern District of Florida. Admitted May 3, 2024

Northern District of Florida. Admitted May 24, 2021

Eastern District of Texas. Admitted May 10, 2021