# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Bureau of Consumer Financial Protection
                              Plaintiff,

v.                                          Case No.: 1:20−cv−04176
                                            Honorable Franklin U. Valderrama

Townstone Financial, Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants attorneys Daniel Shapiro, Victoria Dorfman, and Mark Paoletta's motions for leave to appear pro hac vice [140], [141], [142]. The Court notes that this case was terminated on November 7, 2024, pursuant to entry of a stipulated final judgment and order [137], [138]. At this time, the case remains closed. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.