IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> v. <br><br> Townstone Financial, Inc. and Barry Sturner, <br><br> Defendants. | Case No. 1:20-cv-04176 <br><br> Judge Franklin U. Valderrama <br> Magistrate Judge Heather K. McShain |

## JOINT RULE 60(B)(6) MOTION FOR RELIEF FROM AND VACATUR OF THE STIPULATED FINAL JUDGMENT AND ORDER

Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Bureau of Consumer Financial Protection ("Bureau") and Defendant Townstone Financial, Inc. ("Townstone") jointly move the Court to relieve Townstone from the November 7, 2024 Stipulated Final Judgment and Order, ECF No. 138, and to vacate that Judgment and Order in its entirety. The parties have submitted a proposed Order and respectfully ask that the Court enter it. Upon this Court's grant of Rule 60(b)(6) relief, all parties to this action stipulate to the dismissal with prejudice of all claims against Townstone and Mr. Sturner pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (B).

1

Dated: March 26, 2025.

Respectfully submitted,

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU** | **TOWNSTONE FINANCIAL, INC., AND BARRY STURNER** |
| /s/ Mark Paoletta | /s/ Steven M. Simpson |
| MARK PAOLETTA (DC Bar # 422746) | STEVEN M. SIMPSON |
| Chief Legal Officer | DC Bar No. 462553 |
| Mark.Paoletta@cfpb.gov | ASHLEY TORKELSON LEVINE |
| Tel: (771) 959-6080 | AZ Bar No. 032544 |
| VICTORIA DORFMAN (DC Bar # 487567) | Pacific Legal Foundation |
| (NY Bar # 4656625) | 3100 Clarendon Boulevard, Suite 1000 |
| Victoria.Dorfman@cfpb.gov | Arlington, VA, 22201 |
| DANIEL SHAPIRO | Tel: (202) 888-6881 |
| (FL Bar # 1011108) | SSimpson@pacificlegal.org |
| Daniel.Shapiro@cfpb.gov | ALevine@pacificlegal.org |
| | |
| 1700 G Street NW | OLIVER J. DUNFORD |
| Washington, DC 20552 | FL Bar No. 017991 |
| | Pacific Legal Foundation |
| *Attorneys for Plaintiff* | 4440 PGA Boulevard, Suite 307 |
| | Palm Beach Gardens, FL 33410 |
| | Tel: (916) 503-9060 |
| | ODunford@pacificlegal.org |
| | |
| | SEAN P. BURKE |
| | RAY BIEDERMAN |
| | Mattingly Burke Cohen & Biederman LLP |
| | 155 E. Market St. Suite 400 |
| | Indianapolis, IN 46204 |
| | |
| | MARX DAVID STERBCOW |
| | The Sterbcow Law Group LLC |
| | 824 Elmwood Park Boulevard, Suite 205 |
| | New Orleans, LA 70123 |
| | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 26, 2025, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

/s/ Mark Paoletta
MARK PAOLETTA
