# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Bureau of Consumer Financial Protection
                              Plaintiff,

v.                                                                           Case No.: 1:20−cv−04176
                                                                           Honorable Franklin U. Valderrama

Townstone Financial, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets a telephonic hearing on the Parties' Joint Motion under Federal Rule of Civil Procedure 60(b) for Relief from and Vacatur of the Stipulated Final Judgement and Order [145] for 2:45 p.m. on 4/8/2025. The call−in number is 1−855−244−8681 and the access code is 2306 072 6527. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.