**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>    *Plaintiff*,<br><br>   v.<br><br>TOWNSTONE FINANCIAL, INC. AND BARRY STURNER,<br><br>    *Defendants.* | Case No. 1:20-cv-04176<br><br>Judge Franklin U. Valderrama<br>Magistrate Judge Heather K. McShain |

**[PROPOSED] ORDER**

Upon consideration of the motion of movants National Fair Housing Alliance and additional organizations for leave to file a memorandum as amici curiae in opposition to the parties' joint motion for relief from and vacatur of the final judgment entered in this case, *see* ECF 145, that joint motion, and the full record in this case,

It is hereby ORDERED that the motion for leave to file is granted.

And it is further ORDERED that the memorandum of amici curiae attached is deemed filed in this action.

SO ORDERED.


Dated: April ____, 2025

          _____
          U.S. District Court Judge