UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Bureau of Consumer Financial Protection
                        Plaintiff,

v.                                              Case No.: 1:20−cv−04176
                                                        Honorable Franklin U. Valderrama

Townstone Financial, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the partially opposed motion of the National Fair Housing Alliance and 13 additional organizations for leave to file a memorandum as amici curiae in opposition to joint motion for relief from and vacatur of stipulated final judgment and order [147]. As stated in the motion, the motion for relief from and vacatur of stipulated final judgment and order is brought jointly by the parties, so the amici offer information and legal argument that the Court will not otherwise receive from the parties. R. 147 at 2 (citing Chamberlain Grp., Inc. v. Interlogix, Inc., 2004 WL 1197258, at *1 (N.D. Ill. May 28, 2004) (citing Voices for Choices v. Illinois Bell Tel. Co., 339 F.3d 542, 545 (7th Cir. 2003)). The Court will consider the amicus brief [147−1] when deciding the motion for relief from and vacatur of stipulated final judgment [145]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.